IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

TRAVIS SMITH,  :
:
    Plaintiff,  :
:
v.  :   CASE NO.: 1:07-CV-124 (WLS)
:
CORPORAL LEBLANC,  :
:
    Defendant.  :
_____:

## **ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 15, 2011. (Doc. 65). It is recommended that Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to Serve Defendant and Failure to Exhaust Administrative Remedies (Doc. 32) be granted, and that the above-captioned case be dismissed for the *pro se* prisoner Plaintiff's failure to exhaust administrative remedies. (Doc. 65 at 8). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1), which objection period expired on March 4, 2011, with application of the prisoner mailbox rule. (*See* Doc. 65 at 8; Docket; Fed. R. Civ. P. 6(d)).

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 65) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to Serve Defendant and Failure to Exhaust Administrative Remedies (Doc. 32) is **GRANTED** due to the *pro se* prisoner

1

Plaintiff's failure to exhaust administrative remedies, and the above-captioned action is **ORDERED DIMISSED**.

    **SO ORDERED**, this  8th  day of March, 2011.

                                      /s/ W. Louis Sands
                                      **THE HONORABLE W. LOUIS SANDS,**
                                      **UNITED STATES DISTRICT COURT**